UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ROBERT MEYERS,
CDCR #G-39441,

Plaintiff,

vs.

SAN DIEGO COUNTY, SAN DIEGO SHERIFF'S DEPARTMENT, and KELLY A. MARTINEZ, Sheriff,

Defendants.

Case No.: 3:26-cv-6203-CAB-VET

**ORDER DISMISSING CIVIL ACTION FOR FAILING TO PAY FILING FEE OR MOVE TO PROCEED IN FORMA PAUPERIS**

Plaintiff Robert Meyers, a state prisoner proceeding *pro se*, has filed a complaint against Defendants San Diego County, San Diego Sheriff's Department, and Kelly A. Martinez (together, "Defendants"). [Doc. No. 1 ("Complaint").] Plaintiff alleges that Defendants violated his Fourth, Fifth, Eighth, and Fourteenth Amendment rights by disposing of his personal property when they transferred him from the George Bailey Detention Facility in San Diego to the California State Prison in Sacramento. [Complaint at 3–5; *see* Doc. No. 1-1.] Plaintiff has neither paid the civil filing fee nor requested leave to proceed *in forma pauperis* ("IFP").

## I. FAILURE TO PAY FILING FEE OR REQUEST IFP STATUS

All parties instituting any civil action, suit, or proceeding in a district court of the

United States, except an application for writ of habeas corpus, must pay a filing fee of $405.[1] *See* 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if he is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). Because Plaintiff has not prepaid the $405 in filing and administrative fees required to commence this civil action nor submitted a motion to proceed IFP pursuant to 28 U.S.C. § 1915(a), this action cannot proceed.

## II. CONCLUSION

Accordingly, the Court:

(1) **DISMISSES** this civil action *sua sponte* without prejudice based on Plaintiff's failure to pay the $405 civil filing and administrative fee or to submit a motion to proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a); and

(2) **GRANTS** Plaintiff **forty-five (45) days** leave from the date this Order is filed to: (a) prepay the entire $405 civil filing and administrative fee in full; or (b) complete and file a motion to proceed IFP which includes a signed affidavit required by the local rules. *See* 28 U.S.C. § 1915(a)(2); S.D. Cal. CivLR 3.2(b). If Plaintiff fails either to prepay the $405 civil filing fee or to complete and submit the motion to proceed IFP **within 45 days**, this action will remain dismissed without prejudice based on his failure to satisfy 28 U.S.C. § 1914(a)'s fee requirements without further order of the Court.

**IT IS SO ORDERED.**

Dated: November 25, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

---

[1] Civil litigants must pay an administrative fee of $55 in addition to the $350 filing fee. *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2023)). The additional $55 administrative fee does not apply to persons granted leave to proceed IFP. *Id.*